# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Muhammad M Umar, | No. CV-24-00128-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Toyota Motor Credit Corporation, et al., | |
| Defendants. | |

On March 6, 2024, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court grant Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) and dismiss Plaintiff's Complaint for lack of subject matter jurisdiction and a failure to state a claim with leave to amend (Doc. 1). (Doc. 6.) Judge Markovich notified the parties they had fourteen (14) days from the date of the R&R to file any objections. (*Id.* at 6–7.) No objections have been filed.

If neither party objects to a magistrate judge's R&R, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed the Complaint (Doc. 1), the Application to Proceed in

District Court Without Prepaying Fees or Costs (Doc. 2), and the R&R (Doc. 6). The Court finds the R&R well-reasoned and agrees with Judge Markovich's conclusions.

Accordingly, **IT IS ORDERED**:

1) Magistrate Judge Markovich's Report and Recommendation is **ADOPTED**. (Doc. 6.)
2) Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs is **GRANTED**. (Doc. 2.)
3) Plaintiff's Complaint is **DISMISSED** with leave to amend. (Doc. 1.) Plaintiff may file an Amended Complaint within 30 days of the date of this Order, subject to the warnings fully outlined in the R&R. The Clerk of Court shall docket accordingly.

Dated this 22nd day of March, 2024.

Honorable Raner C. Collins
Senior United States District Judge